

FILED
DEC 29 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )    No. 1:17-PO-00018 SAB
                                )
    vs.                         )    ORDER OF RELEASE
                                )
GERALD MORENO,                  )
                                )
        Defendant.              )
                                )

The above-named defendant having been sentenced on December 29, 2017, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 12/29/17           _____
                          ERICA P. GROSJEAN
                          UNITED STATES MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1

Copy provided to USM on 12/29/17 at 3:00 pm